Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
Karin Kuemerle (SBN 228492)
Email: kkuemerle@slpattorney.com
Daniel Law (SBN 308855)
Email: dlaw@slpattorney.com
Strategic Legal Practices, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiffs
MARIA GUTIERREZ, JESUS GUTIERREZ, and
JESUS GUTIERREZ JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUTIERREZ, JESUS GUTIERREZ, and JESUS GUTIERREZ JR., <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC; CHAMPION CHRYSLER JEEP DODGE RAM; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:22-CV-01631-GW-JC <br><br> Judge: Hon. George H. Wu <br> Magistrate: Hon. Jacqueline Chooljian <br><br> **PLAINTIFFS' NOTICE OF MOTION TO REMAND AND REQUEST FOR SANCTIONS UNDER 28 U.S.C.§ 1447(C)** <br><br> Date: May 5, 2022 <br> Time: 8:30 a.m. <br> Place: Courtroom 9D (First Street) <br><br> [Concurrently filed with Memorandum of Points and Authorities In Support Of Plaintiffs' Motion to Remand; Declaration In Support Of Motion to Remand; and [Proposed] Order Granting Plaintiff's Motion to Remand] <br><br> Demand for Jury Trial |

PLAINTIFFS' NOTICE OF MOTION TO REMAND

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 5, 2022 at 8:30 a.m. in Courtroom 9D of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiffs MARIA GUTIERREZ, JESUS GUTIERREZ, and JESUS GUTIERREZ JR., will, and hereby do, move this Court for an order remanding this action to the Superior Court of the State of California for the County of Los Angeles, and for payment of "just costs and any actual expenses, including attorney fees, incurred as a result of the removal" under 28 U.S.C. § 1447(c).

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Attorney Daniel Law, all records and papers on file in this action, any oral argument, and any other evidence that the Court may consider in hearing this motion. This motion is made following the meet and confer efforts of counsel and a Local Rule 7-3 Conference, which occurred on March 29, 2022. The details of said meet and confer efforts are described in the supporting Points and Authorities and Declaration.

Respectfully submitted,

Dated: April 7, 2022        STRATEGIC LEGAL PRACTICES

By: /s/ Daniel Law
    Daniel Law
    Tionna Dolin
    Karin Kuemerle
    Attorneys for Plaintiffs
    MARIA GUTIERREZ, JESUS
    GUTIERREZ, and JESUS GUTIERREZ JR

PLAINTIFFS' NOTICE OF MOTION TO REMAND        Case No.: 2:22-cv-01631-GW-JC

1

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, Floor 19, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**Plaintiffs' Notice of Motion to Remand**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on April 7, 2022.

                                                       */s/ Daniel Law*
                                                     Daniel Law