Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
Karin Kuemerle (SBN 228492)
Email: kkuemerle@slpattorney.com
Daniel Law (SBN 308855)
Email: dlaw@slpattorney.com
Strategic Legal Practices, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiffs
MARIA GUTIERREZ, JESUS GUTIERREZ, and
JESUS GUTIERREZ JR.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUTIERREZ, JESUS GUTIERREZ, and JESUS GUTIERREZ JR, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US, LLC; CHAMPION CHRYSLER JEEP DODGE RAM; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:22-CV-01631-GW-JC <br><br> Judge: Hon. George H. Wu <br> Magistrate: Hon. Jacqueline Chooljian <br><br> **DECLARATION OF DANIEL LAW IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND AND REQUEST FOR SANCTIONS UNDER 28 U.S.C.§ 1447(C)** <br><br> Date:  May 5, 2022 <br> Time: 8:30 a.m. <br> Place: Courtroom 9D (First Street) <br><br> [Concurrently filed with Notice of Motion to Remand; Memorandum of Points and Authorities In Support of Motion to Remand; Request for Judicial Notice; and [Proposed] Order Granting Motion to Remand] <br><br> Demand for Jury Trial |

DECLARATION OF DANIEL LAW IN SUPPORT OF PLAINTIFFS'
MOTION TO REMAND

## **DECLARATION OF ATTORNEY DANIEL LAW**

I, Attorney DANIEL LAW, declare:

I am an attorney admitted to the Bar of the State of California and the United States District Court, Central District of California. I am an attorney at STRATEGIC LEGAL PRACTICES, APC ("SLP") and counsel of record for Plaintiffs MARIA GUTIERREZ, JESUS GUTIERREZ, and JESUS GUTIERREZ JR. ("Plaintiffs") in the above-captioned matter. My knowledge of the information and events described herein derives from my personal knowledge, a careful review of the file, relevant court records, and communications with other Plaintiffs' counsel, and if called as a witness, I could and would competently testify thereto.

I submit this declaration in support of Plaintiffs' Motion to Remand.

1. On March 23, 2022, Plaintiff's Counsel sent Defendant's Counsel a meet and confer correspondence regarding Plaintiff's intent to file a Motion to Remand. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' March 23, 2022 meet and confer correspondence. Notably, Plaintiffs address the issue raised in the Court's March 31, 2022 Order to Show Cause (Dkt. No. 16.)

2. Subsequently, the Parties held a Local Rule 7-3 Conference on or about March 29, 2022. During the Local Rule 7-3 Conference, the Parties discussed Plaintiffs' contentions and intent to file a Motion to Remand. Despite Defendants' clearly defective notice of removal, the Parties could not reach a resolution, and agreed the Parties were at an impasse.

3. To break the impasse, Plaintiffs brings the instant, pursuant to LR 7-3, and further, request "just costs and any actual expenses, including attorney fees, incurred as a result of the removal." 28 U.S.C.§ 1447(c); *see also Jordan v. Nationstar Mortg. LLC*, 781 F.3d 1178, 1184 (9th Cir. 2015).

4. Plaintiffs' initial Complaint containing the Federal cause of action under the Magnuson-Moss Warranty Act was served on Defendant FCA on

DECLARATION OF DANIEL LAW IN SUPPORT OF PLAINTIFFS'
MOTION TO REMAND

1

February 17, 2021, and sub-served on Defendant CHAMPION on February on 17, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 7, 2022, at Los Angeles, California.

                                */s/ Daniel Law*
                                DANIEL LAW

DECLARATION OF DANIEL LAW IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND

2

# EXHIBIT 1

| | |
|---|---|
| **From:** | Daniel Law |
| **To:** | Trina Clayton; Katherine Vilchez; Spencer Hugret |
| **Cc:** | Tionna Dolin; Karin Kuemerle; Rabiya Tirmizi |
| **Subject:** | Re: GUTIERREZ, et al. v. FCA US, LLC; CACD; LR 7-3 Request (Remand) |
| **Date:** | Wednesday, March 23, 2022 12:48:00 PM |

Counsel,

I am requesting a Local Rule 7-3 conference regarding Defendant FCA US LLC's ("Defendant" or "FCA") Notice of Removal in this matter of **Gutierrez, Maria et al. v. FCA US, LLC, et al**. CACD Case No. 82:22-cv-01631-GW-JC (formerly LASC Case No. 21STCV03461). Plaintiff intends to move to remand this action back to the Los Angeles County Superior Court, and therefore requests a LR 7-3 conference occur by no later than **Tuesday, March 29, 2022**.

A defendant has thirty (30) days from the date of service of a copy of the Complaint to remove a case. 28 U.S.C. § 1446(b). Plaintiff's Complaint, initially filed on January 28, 2021, asserts a claim against FCA under 15 U.S.C. § 2301 et seq. (the "Magnuson-Moss Warranty Act"). Plaintiff's Complaint was served on Defendant FCA on February 17, 2021, and yet, Defendant's Notice of Removal was only filed on March 11, 2022.

Further, Defendant's fails to establish subject matter jurisdiction by failing to meet its burden establishing the amount in controversy satisfies the jurisdictional threshold, and thus the Federal Court has no original jurisdiction over this action under 28 U.S.C. Section 1331 (Federal Question). Under the Magnuson-Moss Warranty Act, the amount in controversy requirement is $50,000. 15 U.S.C. § 2310(d)(3)(B). Where it is unclear or ambiguous from the face of the state-court complaint whether the requisite amount in controversy is pled, the removing defendant bears the burden of establishing, by a preponderance of the evidence, that the amount in controversy exceeds the jurisdictional amount. *See Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 699 (2007) (citing *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996). The strong presumption against removal jurisdiction means that the defendant always has the burden of establishing that removal is proper. *Gaus*, 980 F.2d at 566.

Plaintiffs do not waive these procedural *and* substantive defects, and thus require a LR 7-3 Conference to occur no later than **Tuesday, March 29, 2022**. Please advise as to your availability. Thank you.

Regards,

Daniel Law
**Strategic Legal Practices**
**A Professional Corporation**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Tel: (310) 929.4900
Fax: (310) 943.3838
dlaw@slpattorney.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original and any copies of this message and any attachments attached to it.

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, Floor 19, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**Declaration of Daniel Law in Support of Plaintiffs' Memorandum of Points and Authorities ISO Motion to Remand**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on April 7, 2022.

*/s/ Daniel Law*
Daniel Law