Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
Karin Kuemerle (SBN 228492)
Email: kkuemerle@slpattorney.com
Daniel Law (SBN 308855)
Email: dlaw@slpattorney.com
Strategic Legal Practices, APC
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiffs
MARIA GUTIERREZ, JESUS GUTIERREZ, and
JESUS GUTIERREZ JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUTIERREZ, JESUS GUTIERREZ, and JESUS GUTIERREZ JR., <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC; CHAMPION CHRYSLER JEEP DODGE RAM; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.: 2:22-CV-01631-GW-JC <br><br> Judge: Hon. George H. Wu <br> Magistrate: Hon. Jacqueline Chooljian <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND AND REQUEST FOR SANCTIONS UNDER 28 U.S.C.§ 1447(C)** <br><br> Date: August 19, 2022 <br> Time: 10:30 a.m. <br> Place: Courtroom 8A (First Street) <br><br> [Concurrently filed with Notice of Motion to Remand; Memorandum of Points and Authorities In Support of Motion to Remand; Declaration of Attorney Daniel Law In Support Of Motion to Remand] <br><br> Demand for Jury Trial |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

| | |
|---|---|
| 1 | Plaintiffs MARIA GUTIERREZ, JESUS GUTIERREZ, and JESUS |
| 2 | GUTIERREZ JR.'s Motion to Remand ("Motion") came for hearing on or about May |
| 3 | 5, 2022. After all the arguments of counsel, and considering the papers submitted in |
| 4 | support of and in opposition to the Motion, and good cause appearing, IT IS |
| 5 | ORDERED THAT Plaintiffs' Motion be granted in its entirety, and that Plaintiffs be |
| 6 | awarded "just costs and any actual expenses, including attorney fees, incurred as a result |
| 7 | of the removal." 28 U.S.C. § 1447(c). |
| 8 | This action is hereby remanded to the Superior Court of the State of California |
| 9 | for the County of Los Angeles. |
| 10 | |
| 11 | IT IS SO ORDERED. |
| 12 | |
| 13 | DATED: |
| 14 | Hon. George H. Wu<br>United States District Judge |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND
2:22-cv-01631-GW-JC
1

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, Floor 19, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] Order Granting Plaintiffs' Motion to Remand and Request for Sanctions under 28 U.S.C. § 1447(c)**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on April 7, 2022.

　　　　　　　　　　　　　　　　　　*/s/ Daniel Law*　　　　　　
　　　　　　　　　　　　　　　　　　Daniel Law