**REMAND / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1631-GW-JCx | Date | May 23, 2022 |
|---|---|---|---|
| Title | *Maria Gutierrez, et al. v. FCA US, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - FINAL RULING ON PLAINTIFFS' MOTION TO REMAND AND REQUEST FOR SANCTIONS UNDER 28 U.S.C.§ 1447(c) [21]; and SCHEDULING CONFERENCE**

   The Court has Plaintiff's motion to remand along with Defendants' opposition and concomitant filings. For reasons stated in the Court's tentative ruling on said motion (*see* ECF No. 29) and at the hearings on May 3, 2022 and May 19, 2022, the motion is granted and the matter is remanded back to state court. Additionally, the Court has considered Plaintiff's request for attorney fees and costs and grants it in part. The Court finds the hours spent by counsel on pursuing the motion to remand somewhat excessive and will grant only $7,502.00 rather than the requested $9,202.00. The costs of $91.15 is granted. The total amount of $7,593.15 is to be paid by June 23, 2022.

|  | : |
|---|---|
| Initials of Preparer | JG |